| TAVIS JOSEPH | NO. 23-CA-532 |
|---|---|
| VERSUS | FIFTH CIRCUIT |
| JEFFERSON PARISH CLERK OF COURT OFFICE AND THE DISTRICT ATTORNEY PAUL CONNICK, ET AL. | COURT OF APPEAL |
| | STATE OF LOUISIANA |

June 17, 2024

Linda Wiseman
First Deputy Clerk

## ON APPLICATION FOR REHEARING

Panel composed of Jude G. Gravois,
Marc E. Johnson, and Scott U. Schlegel

**DENIED WITHOUT REASONS**

**JGG**
**MEJ**
**SUS**

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES



**FIFTH CIRCUIT**

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX

## <u>NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY</u>

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY <u>06/17/2024</u> TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**23-CA-532**

### <u>E-NOTIFIED</u>
24th Judicial District Court (Clerk)
Honorable Nancy A. Miller (District Judge)
Carey B. Daste (Appellee)          Darren A. Allemand (Appellee)          Thomas J. Butler (Appellee)

### <u>MAILED</u>
TAVIS JOSEPH #4707704 (Appellant)       Honorable Paul D. Connick, Jr. (Appellee)
Louisiana State Penitentiary            District Attorney
Angola, LA 70712                        Sunny D. Funk (Appellee)
                                        Assistant District Attorney
                                        Twenty-Fourth Judicial District
                                        200 Derbigny Street
                                        Gretna, LA 70053